Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| FRED MILLER, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ROYAL ADMINISTRATION SERVICES, INC.,<br><br>Defendant. | Case. No. C16-1092-RAJ<br><br>JOINT STIPULATED MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO PLAINTIFF'S CLAIMS AND WITHOUT PREJUDICE AS TO CLAIMS OF PUTATIVE CLASS MEMBERS |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this action with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

//

//

JOINT STIPULATED MOTION TO DISMISS ACTION WITH PREJUDICE AS TO PLAINTIFF'S CLAIMS AND WITHOUT PREJUDICE AS TO CLAIMS OF THE PUTATIVE CLASS

1

KAZEROUNI LAW GROUP, APC
1546 NW 56th Street
Seattle, WA 98108
Tel: (800) 400-6808
Fax: (800) 520-5523

The notice and approval requirements of Fed. R. Civ. P. 23(e) do not apply as the Court has not yet certified any class in this matter. Each party shall bear its own respective attorneys' fees and costs.

DATED this 9 th day of February, 2017.

KAZEROUNI LAW GROUP, APC

By: s/ Abbas Kazerounian
    Mr. Abbas Kazerounian, WSBA No. 48522
    Ms. Mona Amini
    Of Attorneys for Plaintiff

HYDE & SWIGART

By: s/ Joshua Swigart
    Mr. Joshua B. Swigart, WSBA No. 49422
    Of Attorneys for Plaintiff

DLA PIPER

By: s/ _____
    Anthony Todaro
    Of Attorneys for Defendant

JOINT STIPULATED MOTION TO DISMISS ACTION WITH PREJUDICE AS TO PLAINTIFF'S CLAIMS AND WITHOUT PREJUDICE AS TO CLAIMS OF THE PUTATIVE CLASS

2

KAZEROUNI LAW GROUP, APC
1546 NW 56th Street
Seattle, WA 98108
Tel: (800) 400-6808
Fax: (800) 520-5523